# STEVEN F. PUGLIESE, ESQ.

11 Broadway, Suite 615
New York, NY 10004
Tel. 212-514-5390
Fax. 212-480-8560

**MEMO ENDORSED**

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Judge John F. Keenan | Steven F. Pugliese, Esq |
| U.S Court House | 11 Broadway, Suite 625 |
| 500 Pearl Street NY, NY | New York, NY 10004 |
| **FAX NUMBER:** 212-805-7911 | **DATE:** 11/25/13 |
| **COMPANY:** U.S Court House | **TOTAL NO. OF PAGES:** 1 |
| **PHONE NUMBER:** 212-805-0106 | **SENDER'S REFERENCE NUMBER:** |
| **RE:** Oscar Minaya et. Al 11CR755 | **YOUR REFERENCE NUMBER:** |

☐ URGENT    ☒ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY

**NOTES/COMMENTS:**

#11CR-755 (JFK), USA v. Hilario-Bello

Dear Judge Keenan:

As you know I represent Jesus Hilario Bello, who was convicted after Trial along with his two co-defendants. You scheduled my post conviction Motions for December 10, 2013. I am a sole practitioner and because of the length of the Trial and other legal commitments, i am requesting an adjournment of at least one month to submit my motions. The government does not oppose this application.

Thank you for your consideration.

Respectfully Submitted,
Steven F. Pugliese

Cc/ via Email to Ortiz, Poscablo, Gaffney

Thank you.

SFP/MS

The application is granted.
Mr. Hilario-Bello's post-conviction motions are due by January 10, 2014.
The Government has until January 23, 2014 to respond.
SO ORDERED.
Dated:    New York, N.Y.
          November 26, 2013

U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-26-13