UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA

\# 11 CR 755 (JFK)

-v-

Jesus Hilario-Bello
------------------------------X

Please be advised that the ~~conference~~/(sentence) scheduled for January 14 has been rescheduled to February 24, 2014 at 11:00 am in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
12-3-13

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-3-13