UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 11 Cr. 755 (KPF) |
| JESUS HILARIO-BELLO, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On February 19, 2026, Jesus Hilario-Bello filed a motion under 18 U.S.C. § 3582(c)(2) requesting that this Court consider a sentence reduction pursuant to "the Mitigating Role recently passed on November 1, 2025[,] which was made retroactive." (Dkt. #589). The Court understands this to be a reference to United States Sentencing Guidelines Amendment 833, which amended the mitigating role provisions within U.S.S.G. § 2D1.1. But Mr. Hilario-Bello's statement that this Amendment is retroactive is incorrect; the United States Sentencing Commission did not vote to make Amendment 833 retroactive. *See* United States Sentencing Commission, *Public Meeting Minutes* 2-3, 10 (Aug. 6, 2025), https://www.ussc.gov/sites/default/files/pdf/amendment-process/public-hearings-and-meetings/20250806/minutes.pdf. Accordingly, Mr. Hilario-Bello is not eligible for retroactive relief under Amendment 833, and the Court DENIES his motion.

The Clerk of Court is directed to terminate the pending motion at docket entry 589, and is further directed to mail a copy of this Order to Mr. Hilario-Bello at the following address:

Jesus Hilario-Bello
USM No. 67002-054
FCI Forrest City Low
Federal Correctional Institution
P.O. Box 9000
Forrest City, AR  72336

SO ORDERED.

Dated:    February 23, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge