UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JESUS HILARIO-BELLO,

Defendant.

11 Cr. 755-08 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On September 22, 2026, the Court received a motion from Jesus Hilario-Bello requesting a reduction in his sentence, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Because Mr. Hilario-Bello's motion contains sensitive health information, the Court has docketed that letter motion under seal and will transmit a copy to the Government via email.

The Government is hereby ORDERED to file a response to Mr. Hilario-Bello's motion on or before **November 6, 2026**. The Clerk of Court is directed to mail a copy of this Order to Mr. Hilario-Bello at the following address:

Jesus Hilario-Bello
USM No. 67002-054
FCI Forrest City Low
Federal Correctional Institution
P.O. Box 9000 Forrest City, AR 72336

SO ORDERED.

Dated: September 28, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge